# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANETTE BLOXHAM and JUSTIN BLOXHAM, <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, <br><br> Defendant. | NO. 3:19-CV-0481 <br><br> (JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 2nd day of May, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss (Doc. 3) filed by Defendant Allstate Insurance Company is **GRANTED**.

(2) Plaintiffs' breach of contract and bad faith claims are **DISMISSED without prejudice** to Plaintiffs filing an amended complaint within **twenty-one (21) days** from the date of entry of this Order to properly plead such claims.

(3) Failure to timely file an amended complaint will result in the dismissal of these claims, and this action, **with prejudice**.

                                            /s/ A. Richard Caputo
                                            A. Richard Caputo
                                            United States District Judge