# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANETTE BLOXHAM and JUSTIN BLOXHAM,<br><br>    Plaintiffs,<br><br>       v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant. | NO. 3:19-CV-0481<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 9th day of October, 2019, **IT IS HEREBY ORDERED** that:

(1) Nanette Bloxham's breach of contract claim, having been voluntarily withdrawn, is **DISMISSED with prejudice**.

(2) The Motion for Judgment on the Pleadings (Doc. 16) is **DENIED**.

                                                          /s/ A. Richard Caputo
                                                         A. Richard Caputo
                                                         United States District Judge